for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Harold Remington* for the petitioner. *Mr. Daniel P. Hays* for the respondents.

---

No. 1051. THE UNITED STATES, PETITIONER, *v.* WONG YOU ET AL. May 29, 1911. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit granted. *The Attorney General, The Solicitor General* and *Mr. Assistant Attorney General Harr* for the petitioner. No appearance for the respondents.

---

No. 1052. STANLEY FRANCIS, PETITIONER, *v.* J. HECTOR McNEAL, TRUSTEE, ETC. May 29, 1911. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit granted. *Mr. Charles L. Frailey* for the petitioner. No appearance for the respondent.

---

No. 953. WILLIAM JENKINS ET AL., PETITIONERS, *v.* CHARLES DILLINGHAM, RECEIVER, ETC. May 29, 1911. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. W. D. Gordon* and *Mr. Jack Beall* for the petitioners. No appearance for the respondent.

---

No. 1020. TITLE GUARANTEE & TRUST COMPANY ET AL., PETITIONERS, *v.* JOHN G. WARD, AS UNITED STATES COLLECTOR, ETC. May 29, 1911. Petition for a writ of certiorari to the United States Circuit Court of Appeals